**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MOHAMED ABDALLA MAHMOUD,

Plaintiff

v.

JOSE NAVARRETTE, et al.,

Defendants

Case No.: 3:24-cv-00604-MMD-CSD

**Report & Recommendation of United States Magistrate Judge**

Re: ECF Nos. 35, 35-1

This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Before the court is Plaintiff's proposed second amended complaint (SAC) and motion to exceed the page limits. (ECF Nos. 35, 35-1.)

For the reasons set forth below, it is recommended that Plaintiff not be permitted to proceed with his proposed SAC and that his motion to exceed the page limits be denied as moot.

## I. DISCUSSION

On December 2, 2025, the court issued an order screening Plaintiff's first amended complaint (FAC). (ECF No. 8.) The court allowed Plaintiff to proceed with retaliation and excessive force claims against defendant Navarrette. The court dismissed Plaintiff's Eighth Amendment conditions claim about toilet access without leave to amend. Plaintiff's Fourth Amendment search and seizure and Fourteenth Amendment property deprivation claims were dismissed with prejudice. The Fourteenth Amendment due process claim related to the disciplinary proceeding was dismissed without leave to amend. Finally, the Fourteenth

Amendment equal protection claim was dismissed without leave to amend. To the extent Plaintiff attempted to assert claims against Summers, Shelley, Albert, Robles, and Linford, they were dismissed without prejudice.

As Plaintiff has already amended his complaint once, he was required to seek leave to amend to file the SAC. To the extent his filing can be construed as a motion for leave to amend, the court finds that Plaintiff should not be permitted to proceed with the SAC. Insofar as the court can tell, the proposed SAC attempts to assert claims and include defendants that have already been dismissed without leave to amend.

This action should proceed with the retaliation and Eighth Amendment excessive force claims against Navarrette as outlined in the prior screening order. Navarette's answer or responsive pleading remains due on or before July 25, 2026.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order that Plaintiff not be permitted to proceed with the proposed SAC; that his motion to exceed the page limits (ECF No. 35) be **DENIED AS MOOT**; and that this action proceed with the FAC as outlined in the prior screening order.

The parties should be aware of the following:

1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: July 8, 2026

Craig S. Denney
United States Magistrate Judge