UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD, Plaintiff, v. NAVARRETE, Defendant. | Case No. 3:24-cv-00604-MMD-CSD ORDER |

*Pro se* Plaintiff Mohamed Abdalla Mahmoud, an inmate in the custody of the Nevada Department of Corrections, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation (ECF No. 40 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending that the Court deny Plaintiff's motion for leave to file excess pages and a second amended complaint (ECF No. 35 ("Motion")). Plaintiff had until July 22, 2026 to object to the R&R.[1] To date, no objection has been filed.[2] For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). In the R&R, Judge Denney recommends denying the Motion because Plaintiff seeks to reassert claims and include defendants the Court previously screened and dismissed without leave to amend. (ECF

[1]The R&R addressed to Plaintiff was returned to the Court as undeliverable because Plaintiff refused to sign upon receipt. (ECF No. 42.)

[2]Plaintiff filed a motion to reconsider on July 10. (ECF No. 43.) However, that motion to reconsider does not relate to the R&R or the Motion before the Court.

No. 40 at 1-2.) The Court agrees with Judge Denney that the action should proceed with the retaliation and Eighth Amendment excessive force claims against Defendant Navarrette as outlined in the prior screening order. (ECF Nos. 40 at 2; 8 at 16.)

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 40) is accepted and adopted in full.

It is further ordered that Plaintiff's Motion (ECF No. 35) is denied.

DATED THIS 24th Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE