**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MOHAMED ABDALLA MAHMOUD,

Plaintiff

v.

JOSE NAVARRETE, et al.,

Defendants

Case No.: 3:24-cv-00604-MMD-CSD

**Order**

Re: ECF No. 43

Plaintiff has filed a motion for reconsideration of the court's prior order denying his motion to reschedule the mediation in this action. (ECF No. 43.)

The Federal Rules of Civil Procedure do not contain a provision governing the review of interlocutory orders. "As long as a district court has jurisdiction over the case, then it possesses the inherent procedural power to reconsider, rescind, or modify an interlocutory order for cause seen by it to be sufficient." *City of Los Angeles, Harbor Div. v. Santa Monica Baykeeper*, 254 F.3d 882, 885 (9th Cir. 2001) (internal quotation marks and citation omitted) (emphasis omitted); *see also* LR 59-1(a). This inherent power is grounded "in the common law and is not abridged by the Federal Rules of Civil Procedure." *Id*. at 887.

Motions for reconsideration are disfavored. LR 59-1(b). A party seeking reconsideration of an interlocutory order (a non-case dispositive order) "must state with particularity the points of law or fact that the court has overlooked or misunderstood." LR 59-1(a). Reconsideration may be appropriate if: "(1) there is newly discovered evidence that was not available when the original motion or response was filed, (2) the court committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id.* "A movant

must not repeat arguments already presented unless (and only to the extent) necessary to explain controlling, intervening law or to argue new facts." LR 59-1(b). "A movant who repeats arguments will be subject to appropriate sanctions." *Id*.

Plaintiff has not convinced the court that reconsideration of its prior order denying his motion to reschedule the mediation in this matter is warranted. Therefore, Plaintiff's motion for reconsideration (ECF No. 43) is **DENIED**.

**IT IS SO ORDERED**.

Dated: September 9, 2026

Craig S. Denney
United States Magistrate Judge